John L. Schwartz Brewing Company, Respondent, v. Edward J. Murphy and Another, Appellants.— Motion granted and appeal dismissed, with costs.

Catherine P. Frost, as Committee of the Person and Property of Uzarella Hayward, an Incompetent Person, Appellant, v. Edwin S. Hayward and Another, Respondents.— Motion granted and appeal dismissed, with costs.

Walter M. Wagor and Others, Respondents, v. The Erie Railroad Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Ida Flaitz, Respondent, v. Elmira, Corning and Waverly Railway, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

James M. E. O'Grady, Appellant, v. Michael Doyle, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Harvey P. Barnhart, Respondent, v. Sylvia L. Shea and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Alma Bouchard, as Administratrix, etc., Respondent, v. Henry P. Burgard and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Albert N. Anson, as Administrator, etc., Appellant, v. The Savings Bank of Utica, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

William Pierce, Respondent, v. Arnot Realty Corporation, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners, etc., in the Matter of Lands of August O. Sommer and Others. (Proceeding No. 96.)— Order confirming report of commissioners as to parcel No. 1 vacated, and said report and proceedings as to parcel No. 1 sent back to the same commissioners for a new appraisal and report in accordance with stipulation filed.

The People of the State of New York, Respondent, v. Philip Bertsch, Appellant.— Appeal dismissed upon stipulation filed.

The People of the State of New York, Respondent, v. Lee Hosmer, Appellant.— Appeal dismissed upon stipulation filed.

John E. Durand, as Executor, etc., Plaintiff, v. John H. Gregory and Others, as Executors, etc., and The Central Bank of Rochester, Defendants.— Action upon the submission dismissed, without costs, except actual disbursements. Held, that the plaintiff has no equitable right to compel the defendant Central Bank to proceed against the Wilder estate. Order to be settled before Mr. Justice Merrell on two days' notice. All concurred.

Robert Jones, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote and Merrell, JJ., who dissented.

Belle Craib and Lillian Craib, Appellants, v. Harry W. Dean and Nellie M. Dean, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sam Diomede, Respondent, v. The Buffalo Car Wheel Foundry Company, Appellant.— Judgment affirmed, with costs. All concurred.